In re Estate of J. T. Wilson, Deceased.
J. Gray Lucas, Administrator De Bonis Non of the Estate of J. T. Wilson, Deceased, Appellee, v. Frank G. Smith, Executor of the Estate of Hattie C. Wilson, Deceased, Appellant.

Gen. No. 40,871.

Heard in third division, first district, at October term, 1939; opinion filed February 14, 1940. Brown, Brown, Cyrus & Greene, for appellant; Sydney P. Brown, of counsel; A. M. Burroughs, for appellee. Opinion by JUSTICE HEBEL. "Not to be published in full."